1  ALAN R. BRAYTON, ESQ., S.B. #73685
   RICHARD M. GRANT, ESQ., S.B. #55677
2  BRAYTON❖PURCELL LLP
   ATTORNEYS AT LAW
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California  94948-6169
   (415) 898-1555
5
   Attorneys for Plaintiffs
6

7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11  JOE CARR AND GLORIA CARR,           )   No. C09-0993 SBA
                                        )
12          Plaintiffs,                 )   STIPULATION TO DISMISS
                                        )   DEFENDANT CROWN CORK & SEAL
13  vs.                                 )   AND REMAND CASE TO SAN
                                        )   FRANCISCO SUPERIOR COURT
14  ASBESTOS DEFENDANTS (BP), et al.,   )
                                        )
15          Defendants.                 )

16

17          Come now Plaintiffs JOE CARR AND GLORIA CARR ("Plaintiffs") and Defendant

18  CROWN CORK AND SEAL COMPANY INC. ("CC&S"), who file the following stipulation

19  pursuant to Local Rules 7-1 and 7-12:

20          WHEREAS, defendant CC&S removed this case to the United State District Court for

21  the Northern District of California on March 6, 2009, on the ground that the court has "federal

22  officer" subject matter jurisdiction under 28 United States Code § 1442(a) based on Plaintiffs'

23  allegations that his injury was caused by products designed and manufactured by CC&S under

24  the supervision and control of the United States government;

25          WHEREAS, Defendant CC&S was the sole removing defendant and no other defendant

26  joined in removal or filed a separate notice of removal;

27          WHEREAS, Plaintiffs and Defendant CC&S, the affected parties, have now reached a

28  resolution of Plaintiffs' claims again CC&S;

1  WHEREAS, Defendant CC&S's desire for a federal forum for this action is now moot
2 and given the resolution of Plaintiffs' claims against it; and
3  WHEREAS, pursuant to the parties' resolution, Plaintiffs and Defendant CC&S seek to
4 have this action remanded to state court, IT IS HEREBY STIPULATED by the affected parties,
5 Plaintiffs and Defendant CC&S, that all claims against Defendant CC&S shall be, and hereby
6 are, dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and
7 that this action shall be, and hereby is, immediately remanded to the San Francisco County
8 Superior Court, the court in which it was originally filed and from which it was removed.

9  Dated:  March _____, 2009          BRAYTON ❖ PURCELL LLP

11                                                   By:_____
                                                              Richard M. Grant
12                                                            Attorneys for Plaintiffs JOE CARR, et al.

14  Dated:  March _____, 2009          ARMSTRONG & ASSOCIATES, LLP

17                                                   By:_____
                                                              Paige Kremser Stenrud
                                                              Attorneys for Defendant CROWN CORK &
18                                                            SEAL

19
20  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  Case is REMANDED to the
21 Superior Court of California, County of San Francisco, Case No 274510.  The Clerk shall send
22 a certified copy of this Order to the Clerk of the Court for the Superior Court of California,
23 County of San Francisco.

25  Dated: 3/23/09                          By: _/s/ Saundra B Armstrong_____
26                                                   UNITED STATES DISTRICT COURT